NOCENZO CUSUMANO et al., Respondents, v CITY OF NEW YORK, Appellant.

Submitted November 29, 2010; decided January 11, 2011

Motion for clarification denied with $100 costs and necessary reproduction disbursements [*see* 15 NY3d 319 (2010)].

FARRAH DONALD, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 115414.)

Submitted November 29, 2010; decided January 11, 2011

Motion by Sydney Burch et al. for leave to file an affirmation amici curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

RUCHAMA GAMIEL, Appellant, v CURTIS & REISS-CURTIS, P.C., et al., Respondents. (And a Third-Party Action.)

Submitted November 29, 2010; decided January 11, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JACQUELYN E. MURAD, Plaintiff, v JOSEPHINE RUSSO, Defendant.

CITY OF UTICA, Appellant, v JOSEPHINE RUSSO, Respondent.

Submitted November 8, 2010; decided January 11, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.